UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJEET CHAND, et al.,<br>Plaintiffs,<br>v.<br>GENERAL MOTORS, LLC,<br>Defendant. | No. 2:26-cv-02201-DJC-SCR<br><br>ORDER |

Plaintiffs are proceeding pro se and this matter is referred to the undersigned for pretrial proceedings pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Defendant removed the action from state court on June 18, 2026, and previously filed an answer while the action was pending in state court. See ECF No. 1-1 at 21-28. Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for Thursday, **August 20, 2026, at 11:00 a.m.**, **to be convened over Zoom**. The Court's courtroom deputy will provide dial-in instructions approximately one week before the conference.

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:

   a. Service of process;

   b. Possible joinder of additional parties;

c. Any expected or desired amendment of the pleadings;

d. Jurisdiction and venue;

e. Anticipated motions and their scheduling;

f. The report required by Federal Rule of Civil Procedure 26(f) outlining the proposed discovery plan and its schedule, including disclosure of expert witnesses;

g. Future proceedings, including setting appropriate cut–off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h. Special procedures, if any;

i. Estimated trial time;

j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

k. Whether the case is related to any other cases, including bankruptcy;

l. Whether a settlement conference should be scheduled;

m. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as a settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference before another judge;

n. Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: July 20, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE